UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAN CAREY,<br><br>Defendant. | Case No. 25-cr-251 (JEB)<br><br>VIOLATIONS:<br><br>18 U.S. Code § 1865(a) (Violations of Regulations Relating to Use and Management of National Park System Units), 54 U.S. Code § 100751(a) (Criminal Penalties), & 36 C.F.R. § 2.13(a)(1) (Fire in an Undesignated Area)<br><br>18 U.S. Code § 1865(a) (Violations of Regulations Relating to Use and Management of National Park System Units), 54 U.S. Code § 100751(a) (Criminal Penalties), & 36 C.F.R. § 2.13(a)(3) (Lighting a Fire in a Manner that Creates a Public Safety Hazard) |

## SUPERSEDING INFORMATION

The United States Attorney for the District of Columbia charges that:

### COUNT ONE

On or about August 25, 2025, within the District of Columbia, in Lafayette Park, a unit of the President's Park, federal land administered by the National Park Service, **JAN CAREY** lit and maintained a fire, not in a designated area and receptable and under conditions established by the superintendent.

(**Fire in an Undesignated Area**, in violation of 18 U.S. Code §1865(a), 54 U.S. Code § 100751(a) and Title 36, C.F.R. § 2.13(a)(1))

1

## **COUNT TWO**

On or about August 25, 2025, within the District of Columbia, in Lafayette Park, a unit of the President's Park, federal land administered by the National Park Service, **JAN CAREY** lit, tended, and used a fire in a manner that threatened, caused damage to, and resulted in the burning of property, real property, and park resources, and created a public safety hazard.

(**Lighting a Fire in a Manner that Creates a Public Safety Hazard**, in violation of 18 U.S. Code §1865(a), 54 U.S. Code § 100751(a) and Title 36, C.F.R. § 2.13(a)(3))

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Rajbir Datta*
Rajbir Datta; N.Y. Bar No. 5206073
Travis Wolf; N.Y. Bar No. 5483243
Assistant United States Attorneys
United States Attorney's Office
601 D Street, NW
Washington, DC 20530