UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAN CAREY,<br><br>Defendant. | Criminal Action No. 25-251 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's [12] Motion for Dismiss for failure to state an offense is DENIED; and

2. The parties shall appear for a status hearing on February 2 at 10:00 AM.

/s/ James E. Boasberg
JAMES E. BOASBERG
Chief Judge

Date: January 20, 2026